# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0408
_____

DEPARTMENT OF CHILDREN AND
FAMILIES,

Petitioner,

v.

FRED ALAN MASON and STATE OF
FLORIDA,

Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


September 22, 2025


PER CURIAM.

DISMISSED.

ROBERTS, ROWE, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andrew McGinley, General Counsel, Department of Children and Families, Tallahassee; Laura Battaglia, Assistant Northwest Region Legal Counsel, Department of Children and Families, Pensacola, for Petitioner.

Bruce Miller, Public Defender, Pensacola, and Justin Turner, Assistant Public Defender, DeFuniak Springs, for Respondent Fred Alan Mason.

James Uthmeier, Attorney General, and Adam Wilson, Assistant Attorney General, Tallahassee; Joshua Allan Mitchell, Assistant State Attorney, DeFuniak Springs, for Respondent State of Florida.